**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| JAMES L. GRAF, | ) | NO. CV 07-4731-VAP(E) |
| Plaintiff, | ) | |
| v. | ) | ORDER ADOPTING FINDINGS, |
| PATTI PEOPLES, et al., | ) | CONCLUSIONS AND RECOMMENDATIONS |
| Defendants. | ) | OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. section 636, the Court has reviewed the pleadings and papers herein and the attached Report and Recommendation of United States Magistrate Judge. The Court approves and adopts the Magistrate Judge's Findings, Conclusions and Recommendations.

IT IS ORDERED that Judgment be entered dismissing the entire action without prejudice.

///

///

///

///

1     IT IS FURTHER ORDERED that the Clerk shall serve copies of this
2 Order, the Report and Recommendation of United States Magistrate Judge
3 and the Judgment by United States mail on Plaintiff and counsel for
4 Defendants.

6     LET JUDGMENT BE ENTERED ACCORDINGLY.

8     DATED:   February 26, 2010

                                    _____
                                         VIRGINIA A. PHILLIPS
                                      UNITED STATES DISTRICT JUDGE