**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| JAMES L. GRAF, | ) | NO. CV 07-4731-VAP(E) |
| Plaintiff, | ) | |
| v. | ) | JUDGMENT |
| PATTI PEOPLES, et al., | ) | |
| Defendants. | ) | |

Pursuant to the Order of the Court Adopting the Findings, Conclusions and Recommendations of the United States Magistrate Judge, IT IS ADJUDGED that the entire action is dismissed without prejudice.

DATED: February 26, 2010

/s/ Virginia A. Phillips
_____
VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE